UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>DOCTOR C. RELEVANTE,<br>DOCTOR WANG, and<br>DOCTOR W. ULRT,<br><br>        Defendants. | Case No. 1:18-cv-00641-JDP (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

On May 10, 2018, Plaintiff Shauntae Taylor, a state prisoner incarcerated at the Kern Valley State Prison in Delano, California, filed a pro se complaint under 42 U.S.C. § 1983. However, Plaintiff has not paid the $400 filing fee or submitted an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of service of this order, Plaintiff must either pay the $400 filing fee or complete and submit the attached application to proceed *in forma pauperis*. The Court will grant no request for an extension without good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   May 17, 2018         /s/ *Jeremy D. Peterson*
                                                UNITED STATES MAGISTRATE JUDGE