UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>        Plaintiff,<br><br>   v.<br><br>DOCTOR C. RELEVANTE, *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-00641-AWI-JDP<br><br>ORDER ON FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 17 |

Plaintiff Shauntae Taylor is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 26, 2019, the Magistrate Judge issued findings and recommendations that plaintiff's case be dismissed for failure to state a claim. (ECF No. 17.) On December 20, 2019, plaintiff filed untimely objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations (ECF No. 17) to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 26, 2019 (ECF No. 17) are adopted in full;
2. Plaintiff's case is dismissed with prejudice for failure to state a claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 30, 2020

SENIOR DISTRICT JUDGE